**STATE of Missouri, Respondent,**

v.

**Daniel ADAMSON, Appellant.**

**No. WD 47312.**

Missouri Court of Appeals, Western District.

Nov. 16, 1993.

Richard E. McFadin, McFadin and McFadin, Kansas City, for appellant.

Michael D. Arnold, Pros. Atty., Daviess County, Gallatin, for respondent.

Before BERREY, P.J. and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of assault in the third degree, § 565.070, RSMo 1986.

Affirmed. Rule 30.25(b).